UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **KASANDRA CHAPPLE BEAUDEAN,**<br>　　　　Plaintiff,<br><br>vs.<br><br>**SIMM ASSOCIATES, INC.; and DOES 1 through 10, inclusive,**<br>　　　　Defendants. | **Civil Action No.:**<br><br><br>**Judge:** |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

*I. INTRODUCTION*

1. This is an action for actual and statutory damages brought by plaintiff KASANDRA CHAPPLE BEAUDEAN (hereinafter "Plaintiff), an individual consumer, against defendant SIMM ASSOCIATES, INC. (hereinafter "Defendant") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (hereinafter ''FDCPA''), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

*II. JURISDICTION*

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, (where

Plaintiff resides in this district), and/or where Defendant transacts business in this district.

### *III. PARTIES*

4. Plaintiff, Kasandra Chapple Beaudean is a consumer, a natural person allegedly obligated to pay any debt, residing in Bossier Parish County, in the state of Louisiana.

5. Defendant, Simm Associates, Inc., is a foreign corporation engaged in the business of collecting debt in this state with its principal place of business located in the state of Delaware. The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

6. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a ''debt collector'' as defined by the FDCPA, 15 U.S.C. § 1692a(6).

7. Defendants Does 1 through 10 whose identities are not known at this time, but whose identities will be obtained in discovery. Such Does may include persons or business entities. It is believed that said Does had a substantial involvement in the occurrences that are the subject of this complaint. Such Does benefited from the acts complained of and had a substantial role in causing the acts complained of.

## IV. FACTUAL ALLEGATIONS

8. Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number.

9. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

10. Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff before August 3, 2012.

11. Upon information and belief, within one year prior to the filing of this complaint, Defendant lied to Plaintiff, threatening to garnish her wages itself, and take her assets itself, when Defendant cannot do either.

12. Defendant is a debt collection company and as a debt collection company attempting to collection an alleged debt, Defendant can only refer the matter back to the creditor with a recommendation that the original creditor attempt legal proceedings which could result in garnishment.

13. The representations made to Plaintiff by Defendant regarding garnishment were false.

14. As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in her feeling stressed, amongst other negative emotions.

15. Defendant utilized unfair and unconscionable means to collect on Plaintiff's alleged debt, by lying to and misleading Plaintiff.

### V. CLAIM FOR RELIEF

16. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

17. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    (a) Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt.

    (b) Defendant violated *§1692e(10)* of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

    (c) Defendant violated §1692e(2)(B) of the FDCPA by falsely representing the services rendered or compensation which may be lawfully received by the Defendant for the collection of the alleged debt; and

    (d) Defendant violated §1692e(5) of the FDCPA by threatening to take action that it did not intend to take.

18. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

19. As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Kasandra Chapple Beaudean for actual damages, statutory damages, and costs and attorney fees.

**WHEREFORE**, Plaintiff Kasandra Chapple Beaudean respectfully requests that judgment be entered against defendant Simm Associates, Inc. for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA.

B. Actual damages.

C. Statutory damages pursuant to 15 U.S.C. § 1692k.

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

E. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

F. For such other and further relief as the Court may deem just and proper.

///

///

///

## VI. DEMAND FOR TRIAL BY JURY

PLEASE TAKE NOTICE that Plaintiff, KASANDRA CHAPPLE BEAUDEAN, demands trial by jury in this action.

DATED this 11th day of December, 2012.

        RESPECTFULLY SUBMITTED,

        /s/ Nicholas M. Graphia
        Nicholas M. Graphia (Bar No. 33159)
        Law Office of Nicholas M. Graphia, LLC
        767 Florence Street
        Baton Rouge, LA 70806
        (225) 955-4266
        (888) 909-6892 Fax
        nicholas.graphia.law@gmail.com

        Co-counsel with **PRICE LAW GROUP, APC**
        G. Thomas Martin, III
        15760 Ventura Blvd. Suite 1100
        Encino, CA 91436
        Not admitted before this Court
        tom@plglawfirm.com
        ATTORNEYS FOR PLAINTIFF