UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KASANDRA CHAPPLE BEAUDEAN | CIVIL ACTION NO.   5:12CV3063 |
| VERSUS | JUDGE HICKS |
| SIMM ASSOCIATES, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that no responsive pleadings have been filed or default entered within 60 days after service of the summons and complaint and Plaintiff has failed to show good cause for this deficiency.   Accordingly,

**IT IS ORDERED that this action be dismissed as to Simm Associates, Inc.** This action may be reinstated within thirty (30) days for good cause shown.

THUS DONE, September 6, 2013.

FOR THE CLERK, TONY R. MOORE

_____
PAMELA P. MITCHELL
STAFF ATTORNEY