UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KASANDRA CHAPPLE BEAUDEAN | CIVIL ACTION NO.   5:12CV3063 |
| VERSUS | JUDGE HICKS |
| SIMM ASSOCIATES, INC. , ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 120 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.   Accordingly,

**IT IS ORDERED that this action be dismissed as to Does 1 through 10.** This action may be reinstated within thirty (30) days for good cause shown.

THUS DONE, September 24, 2013.

FOR THE CLERK, TONY R. MOORE

_____
PAMELA P. MITCHELL
STAFF ATTORNEY